DANIEL GOLDSCHMIDT, Respondent, *v.* THE UNION MUTUAL LIFE INSURANCE COMPANY et al., Appellants.

(Argued June 5, 1888; decided June 12, 1888.)

MOTION to dismiss an appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 23, 1886, reversing a judgment dismissing the complaint entered upon trial at Special Term.

*William G. Wilson* for motion.

*Merrett E. Sawyer* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.